**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Nelson Alberto Sanchez, | |
| Petitioner, | Case No. 26-cv-2797 (MJD/DLM) |
| v. | |
| Todd Blanche, et. al., | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Respondents. | |

To:   THE DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PATROL, AND THE SHERIFF OF FREEBORN COUNTY

You are hereby commanded to bring the body of Petitioner, Nelson Alberto Sanchez, who is currently confined at the Freeborn County Adult Detention Center in Albert Lea, Minnesota, before this Court at 10:30 a.m. on June 29, 2026, in Courtroom 13E, of the United States District Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, for the purposes of testifying at an evidentiary hearing in this case, and to permit Petitioner's counsel to provide Petitioner with a change of court-appropriate clothing prior to the hearing. You are further commanded to hold Petitioner at all times in your custody, and to return Petitioner to the Freeborn County Adult Detention Center after the conclusion of the evidentiary hearing.


DATED:  June 26, 2026                         _s/Douglas L. Micko_
                                                                      DOUGLAS L. MICKO
                                                                      United States Magistrate Judge