# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nelson A.S.,

                Petitioner,

v.

Todd Blanche, Acting Attorney
General, et al.,

                Respondents.

**ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-2797 (MJD/DLM)

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.

David W. Fuller, Carl Berry, David R. Hackworthy, Assistant United States
Attorneys, Counsel for Respondents.

On June 29, 2026, the Court held an evidentiary hearing in this case. [Doc. 17.] On July 1,2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing no later than one week after the issuance of its Order. [Doc. 18.] The same day, Respondents filed a letter informing the Court that a bond hearing had been scheduled for July 7, at 8:00 a.m. [Doc. 20.] On July 8, 2026, Respondents filed a status report informing the Court that the bond hearing was held on July 7, and that Petitioner was ordered released from custody on $8,000 bond. [Docs. 21; 21-1.] A copy of the immigration judge's order was attached to the status report. [Doc. 21-1.] The order stated that Respondent is neither a danger nor a flight risk

and that his family, including a U.S. citizen child, is a motive for him to remain in

United States.  [Id.]

Therefore, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Nelson A.S.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July 9, 2026                                    s/Michael J. Davis
                                                       Michael J. Davis
                                                       United States District Court

2